| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>CHESNEY, MAXINE M. | 2. Court or Organization<br><br>U.S. DISTRICT CT./NO. DIST. CA | 3. Date of Report<br><br>04/05/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |||

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 02/26/93 | With SF City & Cty Employees' Retirement System for pension payable monthly until death, based on former employment with SF Dist.Atty. |
| 2. 10/29/05 | With State of California Judges' Retirement System for retirement benefits payable monthly until death, based on former employment as SF Superior Court Judge |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 04/05/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | San Francisco City & County Employees' Retirement System - Pension | $13,957.00 |
| 2. 2011 | California Judges' Retirement System - Pension | $107,328.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | California Judges' Retirement System - Pension |
| 2. 2011 | Self-employed (arbitration and mediation) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 04/05/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 04/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Common Stock - Advanced Polymer | | None | J | T | | | | | |
| 2. | Mutual Fund - Columbia CA Tax - Exempt (formerly RVS) | C | Interest | M | T | | | | | |
| 3. | Bond - Calipatria CA Redev Agy | A | Interest | K | T | | | | | |
| 4. | Bond - Sequoia CA Hospital District | A | Interest | J | T | | | | | |
| 5. | Bank Accts. - Wells Fargo | C | Interest | P1 | T | | | | | |
| 6. | Common Stock - Cisco Systems | B | Dividend | M | T | | | | | |
| 7. | Bond - San Benito Health Care Dist. | A | Interest | J | T | | | | | |
| 8. | IRA - Raymond James (Formerly Hoefer & Arnett) | A | Dividend | K | T | | | | | |
| 9. | -Common Stock - Berkshire Hathaway Hldg Co. CL B | | | | | | | | | |
| 10. | -Common Stock - Google Inc. | | | | | | | | | |
| 11. | -Common Stock - American Express | | | | | | | | | |
| 12. | -Common Stock - IShares | | | | | | | | | |
| 13. | -Common Stock - Mkt Vectors | | | | | | | | | |
| 14. | -Common Stock - McAfee Inc. | | | | | Sold | 03/1/11 | J | A | |
| 15. | -Corp. Bond - Gen. Mills | | | | | | | | | |
| 16. | -Mutual Fund -Source Cap, Inc. | | | | | | | | | |
| 17. | -Corp Bond - Idaho Pwr Corp | | | | | Redeemed | 3/2/11 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000       P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 04/05/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br><br>(2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C.<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br><br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18.  -Common Stock - Merck & Co. | | | | | | | | | |
| 19.  -Common Stock - Johnson & Johnson | | | | | | | | | |
| 20.  -Common Stock - Clorox | | | | | | | | | |
| 21.  -Mutual Fund - Dodge & Cox Income | | | | | Buy | 12/30/11 | J | | |
| 22.  -Mutual Fund - FPA New Income | | | | | Buy | 12/30/11 | J | | |
| 23.  Bond - N. Inyo Cnty Cal. Local Hosp. | A | Interest | J | T | | | | | |
| 24.  Bond - Folsom Cal. Spl. Tax Comnty Facs. | B | Interest | | | Sold | 9/1/11 | K | | |
| 25.  Bond - Cal. Edl. Facs. Rev. | A | Interest | J | T | | | | | |
| 26.  Bond - Woodland Cal. Fin. Auth. | B | Interest | K | T | | | | | |
| 27.  Bond - Pomona Cal. Redev. Agy Tax Alloc. | A | Interest | J | T | | | | | |
| 28.  Common Stock - Walmart Stores | C | Dividend | | | Sold | 11/17/11 | N | | |
| 29.  Bond - Placentia CA Redev Agy Hsg | A | Interest | J | T | | | | | |
| 30.  Bond - Montclair CA Redev Agy | A | Interest | J | T | | | | | |
| 31.  Bond - Cudahy CA Redev Agy | A | Interest | K | T | | | | | |
| 32.  Bond - Kern Vy Healthcare Dist CA | A | Interest | K | T | | | | | |
| 33.  Bond - Bell Comnty Redev Agy CA Tax | A | Interest | J | T | | | | | |
| 34.  Common Stock - Microsoft | C | Dividend | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 04/05/2012 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Bond - CA Edl Facs | A | Interest | J | T | | | | | |
| 36. Bond - Woodland CA Commty Facs | A | Interest | J | T | | | | | |
| 37. Bond - Yuba City CA Redev Agy | A | Interest | J | T | | | | | |
| 38. Common Stock - Reading Int'l | | None | K | T | | | | | |
| 39. Common Stock - American Express | A | Dividend | K | T | | | | | |
| 40. Common Stock - Berkshire Hathaway CL A | | None | M | T | | | | | |
| 41. Bond - Plumas CA Elem Sch Dist | A | Dividend | J | T | | | | | |
| 42. Bond - Valley Sanitary Dist CA | A | Dividend | J | T | | | | | |
| 43. Common Stock - Berkshire Hathaway CL B | | None | M | T | | | | | |
| 44. Common Stock - Farmers & Merchants Bank Long Beach | A | Dividend | K | T | | | | | |
| 45. Common Stock - Oracle Corp. | A | Dividend | M | T | | | | | |
| 46. Bond - Bakersfield CA Imp't Bd | A | Dividend | J | T | | | | | |
| 47. Bond - Blythe CA Redev Agy | A | Interest | J | T | | | | | |
| 48. Bond - Chula Vista CA Redev Agy | A | Interest | J | T | | | | | |
| 49. Bond - Hercules CA Imp't Bd | A | Dividend | J | T | | | | | |
| 50. Bond - Mojave Desert & Mtn CA Waste Mgmt | A | Dividend | K | T | | | | | |
| 51. Bond-Woodland CA Redev Agy | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 04/05/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Bond-Holtville CA Redev Agy | A | Interest | J | T | | | | | |
| 53. Bond-Riverbank CA Redev Agy | A | Interest | J | T | | | | | |
| 54. Mutual Fund - Source Cap, Inc. | B | Dividend | L | T | | | | | |
| 55. Corp. Bond - AmGen Fin | A | Interest | | | Sold | 2/1/11 | K | | |
| 56. Corp. Bond - Leucadia Nat'l Corp. | C | Interest | L | T | | | | | |
| 57. Bond - Long Beach CA Fin. Auth. | A | Interest | J | T | | | | | |
| 58. Bond - Lancaster CA Fin. Auth. | A | Interest | J | T | | | | | |
| 59. Bond - Indep. Cities CA Lease Fin. Auth. | A | Interest | J | T | | | | | |
| 60. Bond - ABAG Fin. Auth. for Nonprofit | A | Interest | J | T | | | | | |
| 61. Bond - ABAG Fin.Auth. Jackson Lab | A | Interest | J | T | | | | | |
| 62. Bond - CA Hlth Facs Fin'g Auth. Hope | A | Interest | J | T | | | | | |
| 63. Corp. Bond - Kellog Co. | B | Interest | K | T | | | | | |
| 64. Bond - CA Stwde Cmntys Rev | A | Interest | K | T | | | | | |
| 65. Bond - Banning CA Fin'g Auth | A | Interest | J | T | | | | | |
| 66. Bond - Kern Valley Hlthcare Dist | A | Interest | | | Sold | 8/1/11 | J | | |
| 67. Bond - Bakersfield CA Impt | A | Interest | J | T | | | | | |
| 68. Bond - Capistrano CA Uni Sch Dist | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,000 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 04/05/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Bond - Daly City CA Hsg Dev | B | Interest | K | T | | | | | |
| 70. Bond - LaQuinta CA Fin'g Auth | A | Interest | J | T | | | | | |
| 71. Bond - CA Stwde Comntys Dev Auth | A | Interest | J | T | | | | | |
| 72. Mutual Fund - IShares *See Part VIII-Add'l Info | A | Dividend | L | T | | | | | |
| 73. Mutual Fund - Mkt Vectors *See Part VIII-Add'l Info | A | Dividend | K | T | | | | | |
| 74. Common Stock - Google | | None | L | T | | | | | |
| 75. Common Stock - McAfee Inc. | | None | | | Sold | 3/1/11 | K | D | |
| 76. Corp. Bond - Autozone | B | Interest | L | T | | | | | |
| 77. Corp. Bond - Avon Prods | B | Interest | | | Redeemed | 1/18/11 | K | | |
| 78. Corp. Bond - CVS Inc. | B | Interest | | | Redeemed | 8/15/11 | K | | |
| 79. Corp. Bond - Dell Inc. | B | Interest | L | T | | | | | |
| 80. Corp. Bond - Walt Disney | C | Interest | L | T | | | | | |
| 81. Corp. Bond - G.E. Cap. Corp. | B | Interest | K | T | | | | | |
| 82. Corp. Bond - Gen. Mills | B | Interest | K | T | | | | | |
| 83. Corp. Bond - Idaho Pwr | A | Interest | | | Redeemed | 3/2/11 | K | | |
| 84. Corp. Bond - Heinz (H.J.) | B | Interest | | | Redeemed | 7/15/11 | K | | |
| 85. Corp. Bond - Kraft Fds | B | Interest | | | Redeemed | 11/1/11 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 04/05/2012 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C.<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Corp. Bond - Kroger Co. | B | Interest | | | Redeemed | 4/1/11 | L | | |
| 87. Corp. Bond - Pfizer Inc. | B | Interest | | | Redeemed | 12/9/11 | L | | |
| 88. Bond-CA St. G.O. Unltd. | A | Interest | J | T | | | | | |
| 89. Bond-Lake Elsinore CA Pub Fin'g | A | Interest | J | T | | | | | |
| 90. Bond-CA St. Ref. G.O. Unltd. | A | Interest | J | T | | | | | |
| 91. Bond-Sacto Cty Ca Arpt Sys | A | Interest | J | T | | | | | |
| 92. Common Stock-Johnson & Johnson | A | Dividend | K | T | | | | | |
| 93. Common Stock - Clorox | A | Distribution | K | T | | | | | |
| 94. Common Stock - Merck & Co. | A | Dividend | K | T | | | | | |
| 95. U.S. Govt Bond - Fed Home Loan Mtg | B | Interest | | | Redeemed | 6/30/11 | L | | |
| 96. Bank Acct. - Provident Credit Union | A | Interest | K | T | Open | 6/28/11 | K | | |
| 97. Common Stock - Chevron Corp. | A | Dividend | K | T | Buy | 2/15/11 | K | | |
| 98. Common Stock - Conoco Phillips | B | Dividend | K | T | Buy | 2/15/11 | K | | |
| 99. Corp. Bond - Dow Chemical | A | Interest | L | T | Buy | 12/30/11 | L | | |
| 100. Mutual Fund - FPA New Incom | | None | M | T | Buy | 12/30/11 | M | | |
| 101. Corp. Bond - Time Warner | A | Interest | L | T | Buy | 12/30/11 | L | | |
| 102. Mutual Fund - Dodge & Cox Income | | None | L | T | Buy | 12/30/11 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 04/05/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.

Line 72.   Mutual Fund - IShares was incorrectly listed previously as common stock.

Line 73.   Mutual Fund - Mkt Vectors was incorrectly listed previously as common stock.

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 04/05/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MAXINE M. CHESNEY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544